IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANTHONY QUINN COLEMAN,

    Petitioner,

v.                                           CASE NO. 5:13-cv-4-RS-GRJ

PAIGE AUGUSTINE,

    Respondent.
_____/

## ORDER

Petitioner, an inmate in federal custody proceeding *pro se*, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1.) Petitioner did not, however, file a motion for leave to proceed *in forma pauperis* or pay the filing fee. Review of Petitioner's petition, therefore, will be deferred until the $5.00 filing fee is paid or an application for leave to proceed *in forma pauperis* is submitted. Furthermore, while Petitioner has filed two service copies of his petition, these copies are incomplete and each is missing several pages.

Accordingly, it is **ORDERED:**

1. The **Clerk of Court** shall forward to Petitioner an application for leave to proceed *in forma pauperis*.

2. Petitioner shall have until **January 22, 2013** to file two identical service copies of the petition and either file an application for leave to proceed *in forma pauperis* or pay the $5.00 filing fee.

3. Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.

**DONE AND ORDERED** this 8th day of January 2013.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge