IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


ANTHONY QUINN COLEMAN,

     Petitioner,

v.                                                   CASE NO. 5:13-cv-4-RS-GRJ

PAIGE AUGUSTINE,
WARDEN,

     Respondent.
_____/


**O R D E R**

This matter is before the Court on Doc. 1, a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has paid the filing fee, and has filed sufficient copies of the Petition for service.  In light of the fact that Petitioner has paid the filing fee, Petitioner's motion for leave to proceed as a pauper is due to be denied as moot.

Pursuant to § 2243, the United States Attorney will be required to file an answer or other appropriate response.  Petitioner shall be afforded an opportunity to file a reply.  Upon receipt and review of the Respondent's response, any exhibits, and Petitioner's reply, the Court will determine whether an evidentiary hearing is warranted.  *See* Rule 8, Habeas Rules.  If the Court determines that an evidentiary hearing is not warranted under Rule 8 and the record is sufficient to resolve the petition, then the Court will recommend disposition of the Petition on the basis of the record presented.  *See id*.

Accordingly, it is **ORDERED**:

1. Petitioner's motion for leave to proceed *in forma pauperis*, Doc. 5, is **DENIED**

**as moot.**

2.  The Clerk shall furnish by certified mail, return receipt requested, a copy of the Petition, Doc. 1, and this order to the Respondent, the United States Attorney General, and the United States Attorney for this district, who shall file an answer on or before **March 25, 2013**.

3.  Petitioner shall have until **April 24, 2013**, to file a reply, if desired.

**DONE AND ORDERED** this 23rd day of January 2013.


*s/Gary R. Jones*

GARY R. JONES
United States Magistrate Judge